UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR57(VLB)(TOF) |
| v. | VIOLATION: |
| CHAZ DEAR | 18 U.S.C § 922(g)(1) (Felon in Possession of a Firearm) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Felon in Possession of a Firearm)

1.  On or about January 30, 2020, in the District of Connecticut, the defendant CHAZ DEAR, having been, and knowing that he had been, previously convicted of a crime punishable by imprisonment exceeding one year, that is (1) Possession with Intent to Sell Narcotics, in violation of Conn. Gen. Stat. § 21a-278(b), on or about July 7, 2016 in the Superior Court for the State of Connecticut; (2) Larceny in the Second Degree, in violation of Conn. Gen. Stat. § 53a-123, on or about July 7, 2016 in the Superior Court for the State of Connecticut; and (3) Weapon in a Motor Vehicle, in violation of Conn. Gen. Stat. § 29-38, on July 7, 2016 in the Superior Court for the State of Connecticut, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit, one Glock 27, .40 caliber semi-automatic handgun, bearing serial number TAF463, and 23 .40 caliber Atlanta Arms & Ammo, Inc. rounds of ammunition, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## FORFEITURE ALLEGATION
(Firearms Offense)

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant CHAZ DEAR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Glock 27, .40 caliber semi-automatic handgun, bearing serial number TAF463, that was seized on or about January 30, 2020, and (2) 23 Atlanta Arms & Ammo, Inc., .40 caliber rounds of ammunition that were seized on or about January 30, 2020.

All in accordance with Title 18, United States Code, Section 924, Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ _____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY